IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCIA UNDERHILL,

   Plaintiff,

    v.

BANK OF AMERICA, N.A., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-2614-TWT

**ORDER**

This is an odd foreclosure action. It is odd in that the Plaintiff admits that a relative took out a mortgage to purchase the house that the Plaintiff has been living in for the last 6 years. The Plaintiff admits that the mortgage is in default. But she wants to keep the house that she has never owned. It is before the Court on the Report and Recommendation [Doc. 24] of the Magistrate Judge recommending granting the Defendants' Motions to Dismiss [Doc. 7 & 8]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 7 & 8] are GRANTED. The Plaintiff's Motion to Remand [Doc. 12] and Motion to Amend [Doc. 18] are DENIED.

T:\ORDERS\13\Underhill\r&r.wpd

SO ORDERED, this 14 day of February, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge